**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>              Plaintiff<br><br>vs.<br><br>MR. LEADS, LLC dba MR. LIVE TRANSFERS,<br><br>              Defendant. | CASE NO.   2:26-CV-01340 |

## MOTION FOR PRAECIPE TO ISSUE SUMMONS

The Plaintiff Stewart Abramson requests that the Clerk of this Court issue the attached

Summons.

Respectfully submitted,

By: */s/ Jeremy C. Jackson*
Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on June 19, 2026, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeremy C. Jackson*
Jeremy C. Jackson