# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff

vs.

MR. LEADS, LLC dba MR. LIVE

TRANSFERS
        Defendant.

Case No.  2:26-cv-01340

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH

Anthony I. Paronich hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches his Affidavit for Admission Pro Hac Vice, which satisfies the requirements of the foregoing Local Rules and Standing Order.

Undersigned counsel further affirms that he is a registered CM/ECF user.

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2026, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Anthony I. Paronich*
Anthony I. Paronich