Case 2:26-cv-01340 Document 3-3 Filed 06/20/26 Page 1 of 1

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff

vs.

MR. LEADS, LLC dba MR. LIVE TRANSFERS

        Defendants.

Case No. 2:26-cv-01340

## [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS _____ DAY OF _____, 2026.

_____
United States District Judge