# UNITED STATES DISTRICT COURT

for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated** | ) |
| | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:26-cv-01340-CCW |
| | ) |
| | ) |
| **MR. LEADS, LLC dba MR. LIVE TRANSFERS** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Raul Ortegon, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MR. LEADS, LLC dba MR. LIVE TRANSFERS in Travis County, TX on June 23, 2026 at 9:40 am at 5900 Balcones Dr, Austin, TX 78731 by leaving the following documents with Bianca Gonzalez who as Intake Specialist at Texan Registered Agent, LLC is authorized by appointment or by law to receive service of process for MR. LEADS, LLC dba MR. LIVE TRANSFERS.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, & CLASS ACTION COMPLAINT
Race: Hispanic or Latino, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=30.3414751926,-97.7548639777
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Hays County ,

TX on 6/24/2026 .

/s/ *Raul Ortegon*

Signature
Raul Ortegon
+1 (512) 750-9930

Exhibit 1a)

