# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>MR. LEADS, LLC dba MR. LIVE TRANSFERS, FOUNDERS INSURANCE, LLC<br><br>        Defendant. | CASE NO.   2:26-CV-01340 |

## **MOTION FOR PRAECIPE TO ISSUE SUMMONS**

The Plaintiff Stewart Abramson requests that the Clerk of this Court issue the attached

Summons.


Respectfully submitted,

By: */s/ Anthony Paronich*

Anthony I. Paronich, *Pro Hac Vice*

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

(508) 221-1510

anthony@paronichlaw.com


Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on June 19, 2026, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeremy C. Jackson
Jeremy C. Jackson