## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | |
| Plaintiff | Case No. 26-cv-1340 |
| vs. | |
| MR. LEADS, LLC DBA MR. LIVE TRANSFERS and FOUNDERS INSURANCE, LLC | |
| Defendants. | |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Stewart Abramson, by and through counsel, respectfully responds to the Court's July 30, 2026 Order to Show Cause as follows:

1.      On August 1, 2026, prior to the Court's August 6, 2026 deadline, Plaintiff filed a First Amended Class Action Complaint adding Founders Insurance, LLC as a defendant and simultaneously filed a Praecipe requesting issuance of a summons for service upon the newly added defendant.

2.      Because the First Amended Complaint supersedes the original complaint, Plaintiff is presently proceeding with service of the amended pleading on the newly added defendant.

3.      Defendant Mr. Leads, LLC has failed to appear or otherwise respond to this action despite having previously been served.

4.      Plaintiff is actively prosecuting this action and has no intention of abandoning his claims. Following service of the First Amended Complaint and expiration of the applicable

response deadlines, Plaintiff will seek the appropriate relief against any defendant that fails to plead or otherwise defend, including requesting entry of default against Defendant Mr. Leads, LLC if appropriate under the Federal Rules of Civil Procedure.

5.      Accordingly, good cause exists why this action should not be dismissed for failure to prosecute.

**WHEREFORE**, Plaintiff respectfully requests that the Court discharge its Order to Show Cause and permit this action to proceed.

Dated: August 1, 2026

Plaintiff,
By Counsel,

By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

*Attorney for Plaintiff and the Proposed Class*

2